836

No. 286, Misc. BRANDT *v.* UNITED STATES;
No. 287, Misc. BRACK *v.* UNITED STATES;
No. 288, Misc. BRANDT *v.* UNITED STATES;
No. 289, Misc. GEBHARDT *v.* UNITED STATES;
No. 290, Misc. HOVEN *v.* UNITED STATES;
No. 291, Misc. MRUGOWSKY *v.* UNITED STATES;
No. 292, Misc. SIEVERS *v.* UNITED STATES;
No. 293, Misc. FISCHER *v.* UNITED STATES;
No. 294, Misc. GENZKEN *v.* UNITED STATES;
No. 295, Misc. HANDLOSER *v.* UNITED STATES;
No. 296, Misc. ROSE *v.* UNITED STATES;
No. 297, Misc. SCHROEDER *v.* UNITED STATES;
No. 298, Misc. BECKER-FREYSENG *v.* UNITED STATES;
and
No. 299, Misc. BEIGELBOECK *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus and prohibition denied. MR. JUSTICE BLACK, MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE are of the opinion that the petitions should be set for hearing on the question of the jurisdiction of this Court. MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 530. BRIGGS, ADMINISTRATRIX, *v.* PENNSYLVANIA RAILROAD Co. C. C. A. 2d. Certiorari granted. *Sol Gelb* for petitioner. *Louis J. Carruthers* and *James G. Johnson, Jr.* for respondent. 

No. 495. BIBB MANUFACTURING Co. *v.* McCOMB, WAGE & HOUR ADMINISTRATOR. C. C. A. 5th. Certiorari denied. *A. O. B. Sparks* for petitioner. *Solicitor Gen-*